# UNITED STATES DISTRICT COURT

## District of Minnesota

Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund, The, Trustees of the Local 464A United Food & Commercial Workers' Union Welfare Service Benefit Fund, The, Trustees of the New York-New Jersey Amalgamated Pension Plan for ACME Employees, The, Phoenix Insurance Company, Ltd., The, Phoenix Provident Pension Fund Ltd., The,

        Plaintiffs,

v.

Medtronic plc, Geoffrey S. Martha, Karen L. Parkhill, Sean Salmon, Hooman Hakami,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-2197 (LMP/SGE)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Medtronic's Motion to Dismiss (ECF No. 108) is **GRANTED**;

2.  The First Amended Consolidated Complaint (ECF No. 99) is **DISMISSED WITH PREJUDICE**.

Date: 10/1/2025

            KATE M. FOGARTY, CLERK